UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES MARSALA                                    CIVIL ACTION

VERSUS                                             NUMBER: 13-6800

JERRY L. MAYO, ET AL.                              SECTION: "F"(5)

ORDER ON MOTION
SEPTEMBER 23, 2014

APPEARANCES:
MOTION:

(1) Plaintiff's Motion for Reconsideration (Rec. doc. 78).
(2) Plaintiff's Request for Subpoenas (Rec. doc. 79).
(3) Plaintiff's Request for Subpoenas (Rec. doc. 80).

_____ :    Continued to

_____ :    No opposition

_____ :    Opposition

ORDERED

_____ :    Dismissed as moot.

_____ :    Dismissed for failure of counsel to appear.

_____ :    Granted.

_____ :    Denied.

 1-3  :    Other. Rule 45(a)(3) of the Federal Rules of Civil Procedure provides that "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it." (Emphasis added). In light of that clear directive, the Court's order of September 11, 2014 (rec. doc. 76) is hereby vacated and the Clerk is directed to issue three subpoenas, signed but otherwise in blank, and to forward same to Plaintiff.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE