UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES MARSALA                                        CIVIL ACTION

VERSUS                                                 NO. 13-6800

JERRY L. MAYO, ET AL.                                  SECTION "F"

**J U D G M E N T**

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJDUGED AND DECREED that there be judgment in favor of defendants, Scibmatt, LLC, A&S Recovery, Michael Gray, Jacksonville Dining Concepts, LLC and Gerald Gabet and against plaintiff, Charles E. Marsala, dismissing plaintiff's suit.

New Orleans, Louisiana, this  8th  Day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE