# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 22, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-30988    Charles Marsala v. Jerry L. Mayo, et al
                     USDC No. 2:13-CV-6800

The court has taken the following action in this case: Appellant's motion to reopen case is GRANTED.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Dawn D. Victoriano, Deputy Clerk
                            504-310-7717

P.S. To Appellant: Your brief will now be due on January 26, 2015, as in the consolidated cases.

Mr. William W. Blevins
Mrs. Meredith Sue Grabill
Mr. Charles E. Marsala
Mr. Howard E. Sinor Jr.